**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 10381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**CHRISTIAN Z. SMITH, ESQ.**
Nevada Bar No.: 8266
**PAUL H. WOLFRAM, ESQ.**
Nevada Bar No.: 16025
**KANG & ASSOCIATES, PLLC**
6480 W. Spring Mountain Rd., Ste. 1
Las Vegas, NV 89146
P: 702.333.4223
F: 702.507.1468
pkang@acelawgroup.com
filing@acelawgroup.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TORIE WILLIFORD, an Individual, | Case No.: 2:21-cv-2203-GMN-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS PLAINTIFF'S LAWSUIT WITH PREJUDICE** |
| COVENANT CARE VEGAS, INC. dba SILVER HILLS HEALTH CARE CENTER, a Foreign Corporation; DOES 1 Through 25, inclusive; and ROE CORPORATIONS 1 Through 25, inclusive, | |
| Defendants. | |

[1]

# STIPULATION AND ORDER TO DISMISS PLAINTIFF'S LAWSUIT WITH PREJUDICE

Plaintiff, TORIE WILLIFORD, by and through her counsel of record of KANG AND ASSOCIATES, PLLC, and Defendant, COVENANT CARE VEGAS, INC. DBA SILVER HILLS HEALTH CARE CENTER, by and through its counsel of record of FENNEMORE CRAIG, P.C. and MORGAN, LEWIS & BOCKIUS, LLP, having reached a full and final resolution of this matter, hereby stipulate and agree to the following:

IT IS HEREBY STIUPLATED Plaintiff's Complaint shall be DISMISSED WITH PREJUDICE against all named Defendants.

IT IS HEREBY FURTHER STIPULATED by and between the parties that each side bear their own attorneys' fees and costs.

DATED this 22nd day of August, 2023

KANG & ASSOCIATES, PLLC

/s/ Patrick W. Kang, Esq.
PATRICK W. KANG, ESQ.
Nevada Bar No. 10381
KYLE R. TATUM, ESQ.
Nevada Bar No.: 13264
CHRISTIAN Z. SMITH, ESQ.
Nevada Bar No. 8266
PAUL H. WOLFRAM, ESQ.
Nevada Bar No.: 16025
6480 W. Spring Mountain Rd., Ste. 1
Las Vegas, NV 89146
*Attorneys for Plaintiff*

DATED this 22nd day of August, 2023

FENNEMORE CRAIG, P.C

/s/ Joseph V. Marra III, Esq.
LESLIE BRYAN HART, ESQ.
Nevada Bar No. 4932
JOSEPH V. MARRA III, ESQ.(*pro hac vice*)
California State Bar: 238181
*Attorneys for Defendant*
*Covenant Care Vegas, Inc.*

[2]

## ORDER

IT IS HEREBY ORDERED that the instant matter shall be dismissed against all named Defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that each side will bear its own attorneys' fees and costs.

DATED this 28 day of August, 2023.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Submitted by:

**KANG & ASSOCIATES, PLLC**

/s/*Patrick W. Kang, Esq.*
Patrick W. Kang, Esq.
Nevada Bar No.10381
6480 W. Spring Mountain Road., Ste.1
Las Vegas, NV 89146
*Attorneys for Plaintiff*

[3]

**RE: Case No.: 2:21-cv-2203-GMN-NJK Williford vs. Covenant Care Vegas- Stipulation and Order to Dismiss Plaintiff's Lawsuit with Prejudice**

Marra, III, Joseph V.
Tue 8/22/2023 3:44 PM

To: Jhana Richardson <jrichardson@acelawgroup.com>

Cc: McGuigan, Kathryn T. <kathryn.mcguigan@morganlewis.com>;lhart@fennemorelaw.com <lhart@fennemorelaw.com>;pkang acelawgroup.com <pkang@acelawgroup.com>;Paul Wolfram <pwolfram@acelawgroup.com>;hcaifano acelawgroup.com <hcaifano@acelawgroup.com>;Megan Kay <mkay@acelawgroup.com>;scho acelawgroup.com <scho@acelawgroup.com>

Thank you Jhana,

You have my permission to add my */s/ Joseph V. Marra III* signature and file.

Joe

**Joseph V. Marra III**
**Morgan, Lewis & Bockius LLP**
300 South Grand Avenue, Twenty-Second Floor | Los Angeles, CA 90071-3132
Direct: +1.213.612.7494 | Main: +1.213.612.2500 | Fax: +1.213.612.2501
joseph.marra@morganlewis.com | www.morganlewis.com

**Morgan Lewis 150 YEARS**
**150 YEARS OF RAISING THE BAR**
[Learn More]

**From:** Jhana Richardson <jrichardson@acelawgroup.com>
**Sent:** Tuesday, August 22, 2023 1:47 PM
**To:** Marra, III, Joseph V. <joseph.marra@morganlewis.com>
**Cc:** McGuigan, Kathryn T. <kathryn.mcguigan@morganlewis.com>; lhart@fennemorelaw.com; pkang acelawgroup.com <pkang@acelawgroup.com>; Paul Wolfram <pwolfram@acelawgroup.com>; hcaifano acelawgroup.com <hcaifano@acelawgroup.com>; Megan Kay <mkay@acelawgroup.com>; scho acelawgroup.com <scho@acelawgroup.com>
**Subject:** Case No.: 2:21-cv-2203-GMN-NJK Williford vs. Covenant Care Vegas- Stipulation and Order to Dismiss Plaintiff's Lawsuit with Prejudice

[EXTERNAL EMAIL]
Dear Counsel,

Please review the attached Stipulation and Order to Dismiss Plaintiff's Lawsuit with Prejudice. Upon approval, please affix your e-signature. Thank you!

Sincerely,
Jhana Richardson
Paralegal

